**Order entered August 15, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00787-CV

## IN RE GAIL CORDER FISCHER, Relator

**Original Proceeding from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-17340**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Before the Court is relator's August 9, 2022 petition for writ of mandamus in which she challenges the trial court's order striking her exceptions to the appointed auditor's report. Based on our review, relator's petition and appendix contains unredacted sensitive information, including bank or other financial account numbers, in violation of Texas Rules of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9. Accordingly, we **STRIKE** the petition and appendix and **GRANT** relator leave to re-file a petition and appendix that complies with rule 9.9 on or before **August 19, 2022**. We **CAUTION** relator that failure to re-file the petition

and appendix as permitted by this order may result in the dismissal of this cause without further notice.

Also before the Court is relator's August 10, 2022 Emergency Motion to Stay asking the Court to stay all proceedings in the underlying action pending resolution of relator's petition. Real parties in interest Cliff Fischer, Ted Uzelac, Larry Teel, and Clifford Fischer & Co. filed a response to that motion on August 11, 2022. Relator filed a letter in response. After reviewing the motion, response, and letter, we **DENY** the motion to stay at this time.

/s/ Bonnie Lee Goldstein
BONNIE LEE GOLDSTEIN
JUSTICE